

# NUMBER 13-20-00422-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE FREDERICK R. SHERRON, D.O.

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

Relator Frederick R. Sherron, D.O., has filed a petition for writ of mandamus alleging that respondent, the Honorable Mark H. Woerner, presiding judge of the County Court at Law No. 4 of Nueces County, Texas, abused his discretion, leaving relator without an adequate appellate remedy, by granting a "Motion to Compel Defendant to Produce an Expert Report Pursuant to TRCP 194.2(f)" filed by real party in interest Gary Loveday.

Having reviewed the petition and the record documents attached thereto, we

hereby ORDER the real party in interest to file any response to relator's petition with this

Court on or before 5:00 p.m. on Friday, October 30, 2020. *See* TEX. R. APP. P. 52.4.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14th day of October, 2020.